442 A.2d 354

Ford, Appellant v. Ford.

Petition for Allowance of Appeal Denied June 16, 1982.

Argued January 26, 1981.

Joseph P. Ford, appellant, in propria persona; Richard H. Knox, for appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Order affirmed.